TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd.
Suite 450
Pleasant Hill, CA 94523
(925) 827-3300

Attorneys for Defendant
CORRECTIONAL OFFICER MARK PRIEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| COLIN ANDITON, | No: C-02-3703 MMC(PR) |
| Plaintiffs, | **STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE** |
| v. | |
| CORRECTIONAL OFFICER MARK PRIEST, | |
| Defendant. | |

It is hereby stipulated and agreed that the above-captioned matter may be dismissed, with prejudice, owing to an agreement to settle. Each party shall bear his/her/its own costs and attorneys fees incurred in connection with this litigation.

Dated: May 10, 2005        COBLENTZ, PATCH, DUFFY & BASS

By _____
WILLIAM H. ORRICK, III, ESQ.
Attorney for Plaintiff

///

STIPULATION AND ORDER DISMISSING
ACTION, WITH PREJUDICE                     1

Dated: May 16, 2005    EDRINGTON, SCHIRMER & MURPHY

By _____
TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendant
CORRECTIONAL OFFICER MARK PRIEST

ORDER

Pursuant to the above stipulation, and good cause appearing therefor, it is hereby ordered that the above-captioned litigation shall be, and is hereby dismissed, with prejudice. Each party shall bear his own costs and attorneys fees incurred in connection with this litigation.    IT IS SO ORDERED.

Dated: July 13, 2005



APPROVED
Judge Maxine M. Chesney

STIPULATION AND ORDER DISMISSING
ACTION, WITH PREJUDICE

2